UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TOWBOAT NANTUCKET SOUND, INC.,

Plaintiffs,

- against -

ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem; and MALCOLM BERMAN, in personam,

Defendants.

IN ADMIRALTY

CA 07 025 S

VERIFIED COMPLAINT

Plaintiff TOWBOAT NANTUCKET SOUND, INC. ("TNS") by and through its undersigned counsel, hereby files this Verified Complaint in admiralty against One Motor Yacht named M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem (collectively "M/V OUR DREAM" or "Casualty"); and MALCOLM BERMAN, in personam, and alleges upon information and belief as follows:

**JURISDICTION, VENUE & SPECIAL PLEADINGS RELEVANT TO SALVAGE**

1. This is a case of admiralty and maritime jurisdiction and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 USC § 1333.

2. Venue for this civil action is proper in the District of Rhode Island pursuant to 28 U.S.C. § 1391(b)(2).

3. The value of the M/V OUR DREAM and other property salvaged has not yet been determined with certainty, but is believed to be in excess of $2.0 Million.

4 TNS claims a liberal salvage award based on the high order salvage it performed in an amount not less than $150,000.00 as well as costs and prejudgment interest.

5 This action is commenced on behalf of the principal salvors, collectively TNS, and persons associated with them.

**PARTIES**

6 Plaintiff TOWBOAT NANTUCKET SOUND, INC. is a corporation organized and existing under the laws of the State of Massachusetts with its principal place of business located in West Barnstable, Massachusetts, and at all times material hereto was engaged in the business of rendering professional marine salvage services.

7 Upon information and belief, the Defendant M/V OUR DREAM is a luxury motor yacht manufactured by Hargrave Custom Yachts of Fort Lauderdale, Florida. Upon information and belief, the M/V OUR DREAM is or will be during the pendency of the process herein, within the District of Rhode Island and within the jurisdiction of this Court.

8 Upon information and belief, the Defendant Malcolm Berman is a citizen of the United States and a resident of the State of Maryland.

9 Upon information and belief, the Defendant Malcolm Berman is the owner and/or charterer and/or owner *pro hac vice* of the M/V OUR DREAM.

**FACTS APPLICABLE TO ALL COUNTS**

10 On or about August 18, 2006, the M/V OUR DREAM ran aground on rocks in the vicinity of Woods Hole, Massachusetts.

11 As part of its routine salvage watch, TNS learned of the Casualty's grounding and promptly dispatched a salvage vessel to the scene.

12 TNS determined that the M/V OUR DREAM was in a position of extreme peril.

13 Acting without any obligation otherwise, TNS staged a salvage operation and was ultimately successful in extricating the Casualty from its position of peril.

14 Thereafter, the Casualty was hauled from the water as a result of having suffered significant damage to its running gear and hull due to the grounding.

15 TNS rendered its salvage services on a no-cure/no-pay basis in accordance with the general maritime law of the United States.

**COUNT I**

CLAIM FOR SALVAGE AWARD

(In Rem – M/V OUR DREAM)

16 Plaintiff adopts and realleges the allegations in all of the above paragraphs and further states:

17 The salvage services rendered by TNS resulted in the successful removal of the M/V OUR DREAM from its position of extreme peril.

18 TNS voluntarily rendered salvage services and had no pre-existing duty or obligation to do so.

19 TNS by virtue of having voluntarily and successfully delivered the M/V OUR DREAM from a condition of extreme peril and by having successfully preserved much of the Casualty's value is entitled to a liberal salvage award.

20 The salvage services rendered by TNS were of a high order.

**COUNT II**

CLAIM FOR SALVAGE AWARD

(In Personam – Malcolm Berman)

21 Plaintiff adopts and realleges the allegations in all of the above paragraphs and further states:

22 Pursuant to the General Maritime Law, Malcolm Berman, as owner and/or owner *pro hac vice* and/or charterer of the M/V OUR DREAM is liable, in personam, for the salvage services rendered by TNS.

WHEREFORE, Plaintiff TNS prays for the following:

(A) That a warrant of arrest and process issue against the M/V OUR DREAM, its hull, engines, generators, tender, tackle, equipment, furnishings, contents, and appurtenances, in rem;

(B) That all persons having or claiming any interest therein may be cited to appear and answer the aforesaid matters;

(C) That Plaintiff be decreed to have a lien upon the M/V OUR DREAM as described herein and that such lien be foreclosed in accordance with the law and that the vessel be condemned and sold in payment of the amount due and all other such sums owed;

(D) That Plaintiff be permitted to bid its judgment against the M/V OUR DREAM at a United States Marshal's Sale;

(E) That Plaintiff be provided an award for its high order salvage of the M/V OUR DREAM;

(F) Upon proper notice and hearing, judgment be entered jointly and

severally against the Defendants together with pre-judgment interest, and costs; and

(G) That this Honorable Court grant such other, further or different relief as it deems just and proper.

Michael J. Daly

Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
401-421-3060 - Tel.
401-272-6803 - Fax
mdaly@vetterandwhite.com

Dated: January 19, 2007 ~~December___, 2006~~

- Of Counsel -

John K. Fulweiler, Esq.
DeOrchis, Wiener & Partners, LLP

**VERIFICATION**

STATE OF MASSACHUSETTS )
)
COUNTY OF BARNSTABLE )

1. I, Daniel Carpenter, being duly sworn, deposes and says:

2. I am an officer of Towboat Nantucket Sound, Inc., the Plaintiff herein.

3. I have read the foregoing Verified Complaint and know the contents of the same to be true to the best of my knowledge upon information and belief.

4. The source of my knowledge and the grounds for my belief as to all matters stated in the Verified Complaint are reports made to me by employees, documents maintained in our office, and my own, personal knowledge.

5. I am authorized to make these representations on behalf of Towboat Nantucket Sound, Inc., the Plaintiff herein.

Towboat Nantucket Sound, Inc.

By: ______________________
Daniel Carpenter

Sworn before me on
December 5, 2006

______________________
NOTARY PUBLIC

My Commission Expires
March 24, 2011