UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWBOAT NANTUCKET SOUND, INC., Plaintiff, | ) | |
| v. | ) | |
| ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem; and MALCOLM BERMAN, in personam, | ) | C.A. No. 07-025/S |
| Defendants. | ) | |

**ENTRY OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR PLAINTIFF TOWBOAT NANTUCKET SOUND, INC.**

Michael J. Daly and Gordon Cleary hereby enter their appearances on behalf of plaintiff Towboat Nantucket Sound, Inc. in the above-captioned matter.

Pursuant to LR Gen 206(c)(1), Michael Daly may be designated as attorney to receive notices sent to any attorneys at Vetter & White in the above-captioned matter.

Towboat Nantucket Sound, Inc., files herewith a motion to admit John K. Fulweiler, Jr., Esq. pro hac vice in the above-captioned matter. Subject to the Court's granting of said motion, Attorney Fulweiler shall be designated lead counsel pursuant to LR Gen 206(d).

Respectfully submitted,

/s/ Michael J. Daly
Michael J. Daly, Esq., #6729
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
Tel: (401) 421-3060
FAX: (401) 272-6803
mdaly@vetterandwhite.com

Respectfully submitted,

/s/ Gordon P. Cleary
Gordon P. Cleary, Esq., #1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
Tel: (401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: January 19, 2007