UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWBOAT NANTUCKET SOUND, INC., Plaintiff, | ) | |
| v. | ) | |
| ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem; and MALCOLM BERMAN, in personam, | ) | C.A. No. 07-025/S |
| Defendants. | ) | |

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for plaintiff Towboat Nantucket Sound, Inc. ("Towboat") certifies that Towboat is a private non-governmental entity that has no publicly held corporate parents, affiliates, or subsidiaries.

/s/ Michael J. Daly

Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: (401) 421-3060
Fax: (401) 272-6803
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

January 19, 2007

Of counsel:
John Fulweiler, Esq., (pro hac vice motion pending)
DeOrchis, Wiener & Partners, LLP
New York, New York