UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWBOAT NANTUCKET SOUND, INC.,
Plaintiff
v. C.A. No. 07-025/S

ONE LUXURY MOTOR YACHT NAMED
M/V OUR DREAM, her engines, generators,
tender(s), tackle, equipment, furnishings,
contents and appurtenances, in rem; and
MALCOLM BERMAN, in personam.,
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Towboat Nantucket Sound, Inc. hereby moves that John K. Fulweiler, Jr. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Towboat Nantucket Sound, Inc.
(Plaintiff)

By: Gordon Cleary, Esq., #1948
Michael J. Daly, Esq., #6729

Address: VETTER & WHITE
20 Washington Place
Providence, RI 02903

DATED: January 19, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of: Arkansas, Florida, New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court, Southern and Eastern Districts of New York; U.S. District Court, Southern District of Florida; U.S. District Court, District of New Jersey; U.S. District Court, District of Connecticut, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months:

Foley et als. v. Loeb et als., C.A. No. 06-0053; originally assigned to Judge Lisi, but subsequently transferred to Judge Smith; *pro hac vice* motion granted by Judge Lisi on 3/28/06;

Frontino v. H.R.M., Inc., C.A. No. 06-85/ML, Judge Lisi presiding, *pro hac vice* motion granted on 4/17/06.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

__/s/ John K. Fulweiler__________________

John K. Fulweiler, Jr. Esq., # JF-8471 (NY)
DeOrichis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(310) 228-3747 [TEL.]; (310) 228-3947 [FAX]
jfulweiler@marinelex.com

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

_/s/ Michael J. Daly_________________________

Michael J. Daly, No. 6729
VETTER & WHITE
20 Washington Place, Providence, RI
(401) 421-3060 [TEL.]; (401) 272-6803 [FAX]
mdaly@vetterandwhite.com

---

**ORDER**

This motion is hereby ____________________________________________

____________________________________

District Judge
Date: