UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TOWBOAT NANTUCKET SOUND, INC.,

Plaintiffs,

C.A. No.: 07-025/S

- against -

ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem; and MALCOLM BERMAN, in personam,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff TOWBOAT NANTUCKET SOUND, INC. ("TNS") by and through its undersigned counsel, hereby dismisses defendant Malcolm Berman from this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

This notice of dismissal shall not affect TNS's in rem claim.

/s/ Michael J. Daly
Michael J. Daly, Esq., No. 6729
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401-421-3060 - Tel.
401-272-6803 - Fax
mdaly@vetterandwhite.com

Dated: March 7, 2007

- Of Counsel -

John K. Fulweiler, Esq.
DEORCHIS, WIENER & PARTNERS, LLP