UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWBOAT NANTUCKET SOUND, INC.,<br><br>Plaintiff,<br>v. | ) ) ) ) ) | |
| ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM, her engines, generators, tender(s), tackle, equipment, furnishings, contents and appurtenances, in rem; and MALCOLM BERMAN, in personam,<br><br>Defendants. | ) ) ) ) ) ) ) | C.A. No. 07-025/S |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Towboat Nantucket Sound, Inc., by and through its undersigned counsel, hereby dismisses without prejudice its in rem claim against defendant vessel, ONE LUXURY MOTOR YACHT NAMED M/V OUR DREAM.

/s/ Michael J. Daly

Gordon P. Cleary, Esq., No. 1948
Michael J. Daly, Esq., No. 6729
Vetter & White
20 Washington Place
Providence, RI 02903
Tel.: (401) 421-3060
Fax: (401) 272-6803
gcleary@vetterandwhite.com
mdaly@vetterandwhite.com

March 21, 2007

Of counsel:
John Fulweiler, Esq., (pro hac vice counsel)
DeOrchis, Wiener & Partners, LLP
New York, New York